### 18887. DENNIS v. RAINEY.

BROYLES, C. J. Under the pleadings and the agreed statement of facts the plaintiff in the trial court was entitled to recover interest on the note sued upon, and the contrary holding of the court was error.

*Judgment reversed. Luke and Bloodworth, JJ., concur.*

DECIDED JUNE 12, 1928.

*E. R. Lambert,* for plaintiff, cited: Civil Code (1910), §§ 4396, 4400; 85 *Ga.* 142.

*Meriwether F. Adams,* for defendant, cited: 74 *Ga.* 582 (3); 9 *Ga.* 133 (3); 21 *Ga.* 504 (2).